LOUIS M. BROOK et al., Appellants, *v.* NEHEMIAH PIERSON et al., Respondents.

(Argued and decided with the last.)

These two cases were practically consolidated below. One judgment was entered, which was affirmed by the General Term of the Superior Court of Buffalo; one judgment of affirmance being entered. Two remittiturs were sent down. A motion was made to correct the remittiturs, which was decided January 30, 1872.

*Held,* that but one judgment should have been entered, with one bill of costs. Ordered, that remittitur be corrected accordingly. Opinion by ALLEN, J.

---

WILLIAM SWANZY, Respondent, *v.* GERARDUS DE FOREST, Appellant.

(Argued November 24, 1871; decided November 28, 1871.)

*N. Smith,* for appellant.

*E. L. Lowe,* for respondent.

Agree to affirm. No opinion.